**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAYMOND LEON DIAZ, | No. 4:24-CV-01578 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN OF SCI-PHOENIX, | |
| Respondent. | |

## ORDER

**AND NOW**, this 5ᵗʰ day of May 2025, in accordance with the accompanying

Memorandum, **IT IS HEREBY ORDERED** that:

1.  Petitioner Raymond Leon Diaz's petition for a writ of habeas corpus
    pursuant to 28 U.S.C. § 2254 is **DENIED**.

2.  A certificate of appealability shall not issue, as Diaz has not made a
    substantial showing of the denial of a constitutional right, s*ee* 28
    U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable"
    whether this Court's procedural rulings are correct, *Slack v.
    McDaniel*, 529 U.S. 473, 484 (2000).

3.  In light of the foregoing paragraphs, Diaz's motions (Docs. 7, 11) for
    appointment of counsel are **DENIED**.

4.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge